Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RYAN MICHAEL BETTIS,<br><br>Defendant. | Docket Number: 6:19-mj-0008-JDP<br><br>**MOTION TO VACATE REVIEW HEARING AND DISMISS CASE PURSUANT TO A DEFERRED JUDGEMENT AGREEMENT; AND ORDER THEREON** |

On April 17, 2019, Defendant pled guilty to Possession of a Controlled Substance pursuant to a Deferred Judgement Agreement. He was sentenced to a 12 month term of unsupervised probation with the conditions that he: obey all laws, report any new law violations within 7 days, and pay a fine of $1000. A review hearing was scheduled for March 24, 2020.

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing on March 24, 2020. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court. Further, the Defendant has met all conditions of the Deferred Judgement Agreement, and the United States

//

//

1

hereby moves the Court for an Order of Dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated:  March 2, 2020          /S/ Susan St. Vincent_____
Susan St. Vincent
Legal Officer
Yosemite National Park

ORDER

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for March 24, 2020, in the above-referenced matter, *United States v. Bettis*, 6:19-mj-0008-JDP, be vacated and the case is hereby dismissed.

IT IS SO ORDERED.

Dated:   March 3, 2020   _____
UNITED STATES MAGISTRATE JUDGE