**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
RYAN MICHAEL BETTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. 6:19-mj-00008 |
| ) | |
| Plaintiff,  ) | MOTION FOR EXPUNGEMENT AND ORDER FOR EXPUNGEMENT |
| ) | |
| vs.  ) | |
| ) | |
| RYAN MICHAEL BETTIS,  ) | Judge:  Hon. Jeremy D. Peterson |
| ) | |
| Defendant.  ) | |
| _____) | |

Defendant RYAN MICHAEL BETTIS, having not been previously convicted of violating a Federal or State law relating to controlled substances prior to this offense, hereby requests this Court expunge the proceedings against him, pursuant to 18 U.S.C. § 3607; which states in part:

> "If the case against a person found guilty under section 404 of the Controlled Substances Act (21 U.S.C. § 844(a)) is the subject of a disposition under subsection (a), and the person was less than twenty-one years old at the time of the offense, the court shall enter an expungement order upon the application of such person."

The government has no objection.

On February 1, 2019, Defendant RYAN MICHAEL BETTIS was charged with 36 C.F.R. § 2.35(b)(2) – Possession of a Controlled Substance: Cocaine, 36 C.F.R. § 2.35(b)(2) –

Possession of a Controlled Substance: Marijuana, and 36 C.F.R. § 2.35(a)(2)(ii) – Possessing an Alcoholic Beverage when Under 21 Years of Age. At the time, Mr. Bettis was under twenty-one years of age. On April 17, 2019, Mr. Bettis pleaded guilty to one charge of the Criminal Complaint which alleged 36 C.F.R. § 2.35(b)(2) – Possession of a Controlled Substance. The Court did not enter judgment on this conviction. Instead, the Court ordered Mr. Bettis to twelve months of unsupervised probation, with the conditions that he obey all laws. He was also ordered to pay a $10.00 special assessment fee and a $990.00 fine totaling a $1,000.00 financial obligation.

     Mr. Bettis has paid his $1,000.00 financial obligation in full. Mr. Bettis is currently in compliance with all conditions of his probation. The review hearing in the above captioned matter previously scheduled for March 24, 2020 has been vacated and the case has been dismissed. Mr. Bettis hereby requests that the above captioned matter be expunged pursuant to 18 U.S.C. § 3607.

Dated: March 5, 2020                      /s/ Carol Ann Moses
                                                               CAROL ANN MOSES
                                                               Attorney for Defendant,
                                                               RYAN MICHAEL BETTIS

ORDER

Good cause appearing, the above request to expunge the proceedings in case no. 6:19-mj-00008 pursuant to 18 U.S.C. § 3607 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: March 5, 2020

_____
UNITED STATES MAGISTRATE JUDGE